IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. WOLFE, | : | Civil No. 3:24-cv-814 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| JOHN RIVELLO, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 17th day of May, 2024, upon preliminary review of the petition (Doc. 1) for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge